**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6261**

BENJAMIN ROSS DOWNEY,

             Plaintiff - Appellant,

        v.

GENE JOHNSON; HELEN F. FAHEY; JAMES SISK,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (3:08-cv-00199-REP)

Submitted:  May 21, 2009              Decided:  June 1, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Ross Downey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ross Downey appeals the district court's order denying relief on his civil rights action under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Downey v. Johnson</u>, No. 3:08-cv-00199-REP (E.D. Va. Jan. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>